**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

Case number (if known) _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Bulletproof Dog Training, LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 88-1389655 |
| 4. | **Debtor's address** | **Principal place of business**  **30 Cyclamen Court**  **Homosassa, FL 34446**  Number, Street, City, State & ZIP Code  **Citrus**  County | **Mailing address, if different from principal place of business**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Official Form 201         **Voluntary Petition for Non-Individuals Filing for Bankruptcy**         page 1

Debtor  **Bulletproof Dog Training, LLC**　　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____　When _____　Case number _____
District _____　When _____　Case number _____

Debtor **Bulletproof Dog Training, LLC**     Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**
District _____ When _____
Relationship _____
Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**    ☐ $0 - $50,000    ■ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion

Debtor **Bulletproof Dog Training, LLC**  Case number (*if known*)
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Bulletproof Dog Training, LLC**                                  Case number (*if known*) _____
        Name

**Request for Relief, Declaration, and Signatures**                                                             page 5

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   6 / 13 / 2024
              MM / DD / YYYY

X  /s/ William A. Thomas                             **William A. Thomas**
   Signature of authorized representative of debtor   Printed name

   Title  **Manager**

**18. Signature of attorney**

X   /s/ Daniel R. Fogarty                            Date  6.14.2024
    Signature of attorney for debtor                       MM / DD / YYYY

    **Daniel R. Fogarty**
    Printed name

    **Stichter, Riedel, Blain & Postler, P.A.**
    Firm name

    **110 E. Madison St., Suite 200**
    **Tampa, FL 33602**
    Number, Street, City, State & ZIP Code

    Contact phone  813-229-0144        Email address  dfogarty@srbp.com

    **0017532 FL**
    Bar number and State

Debtor **Bulletproof Dog Training, LLC**  Case number (*if known*) _____
       Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

Case number (*if known*) _____     Chapter  **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Bullet Proof Dog Training, LLC** | | Relationship to you | |
| District | **Middle District of Florida, Jacksonville Division** | When _____ | Case number, if known | |
| Debtor | **Chelsea's Bed & Biscuits, LLC** | | Relationship to you | |
| District | **Middle District of Florida, Jacksonville Division** | When _____ | Case number, if known | |

```
American Express
P.O. Box 981535
El Paso, TX 79998-1535

American Express
P.O. Box 981535
El Paso, TX 79998-1535

Chase Cardmember Service
P.O. Box 15123
Wilmington, DE 19850-5123

Chase Cardmenber Service
P.O. Box 15298
Wilmington, DE 19850-5298

Chase
P.O. Box 44959
Indianapolis, IN 46244-4959

Chase
P.O. Box 44959
Indianapolis, IN 46244-4959

Corporation Service Company, as Rep
P.O. Box 2576
UCCSPREP@CSCINCFO.COM
Springfield, IL 62708

Corporation Service Company, as Rep
P.O. Box 2576
UCCSPREP@cscinfo.com
Springfield, IL 62708

CSC, as Rep
P.O. Box 2576
UCCSPREP@cscinfo.com
Springfield, IL 62708

CT Corporation System, as Rep
330 N. Brand Blvd., #700
Attn: SPRS
Glendale, CA 91203

CT Corporation System, as Rep
330 N. Brand Blvd., #700
Attn: SPRS
Glendale, CA 91203

Fintegra, LLC
```

99 Wall St., #686
New York, NY 10005

FLCC
Fox Business Funding
803 S. 21st Ave.
Hollywood, FL 33020

Fox Capital Group, Inc.
f/k/a Fox Business Funding
803 S. 21st Ave.
Hollywood, FL 33020

High Octane Funding, LLC
633 NE 167th St., #1205
Miami, FL 33162

Innovation Refunds
4350 Westown Pkwy 8 300
West Des Moines, IA 50266

Intuit Financing, Inc.
2700 Coast Ave.
Mountain View, CA 94043

JPMorgan Chase Bank, NA
P.O. Box 6026
Il1-1145
Chicago, IL 60680-6026

On Deck Capital, Inc.
ODK Capital, LLC
4700 W. Daybreak Pkwy., #200
South Jordan, UT 84009

Quick Bridge Funding, LLC
410 Exchange, #150
Irvine, CA 92602

U.S. Small Business Administration
COVID EIDL Service Center
14925 Kingsport Rd.
Fort Worth, TX 76155

U.S. Small Business Administration
10737 Gateway West, #300
El Paso, TX 79935

Velocity Capital Group, LLC
333 Pearsall Ave.

Cedarhurst, NY 11516

William Thomas and Sharon Hornby
30 Cyclamen Court
Homosassa, FL 34446